

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED

MAR 2 5 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MELVIN L. WILSON JR.

_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

          vs.

MICHAEL KELLEY

_____

DALE SANTERELLI

_____

W.C.A.D.F.

_____

DAWN MAU

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No: _22 - CV - 01392_
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

AMENDED

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
_____ **U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.    Name: _____ MELVIN  L. WILSON JR. _____

    B.    List all aliases: _____ NA _____

    C.    Prisoner identification number: _____ 2020-5097 _____

    D.    Place of present confinement: _____ WILL COUNTY. A.D.F. _____

    E.    Address: __95 SO. CHICAGO   STREET  JOLIET,  IL 60436 _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: __MICHAEL KELLEY _____

        Title: _____ SHERIFF _____

        Place of Employment: __WILL COUNTY ADULT DETENTION FACILITY ____

    B.    Defendant: _____ DALE SANTERELLI _____

        Title: _____ WARDEN _____

        Place of Employment: _____ W.C.A.D.F. _____

    C.    Defendant: _____ WILL COUNTY ADULT DETENTION FACILITY _____

        Title: _____ W.C.A.D.F.    MUNICIPAL  CORPORATION _____

        Place of Employment: _____ SHERIFF DEPARTMENT _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

I.   **Plaintiff(s):**

A.   Name: _____MELVIN  L. WILSON JR._____

B.   List all aliases: _____NA_____

C.   Prisoner identification number: _____2020-5097_____

D.   Place of present confinement: ____WILL COUNTY. A.D.F._____

E.   Address: _95 SO. CHICAGO  STREET JOLIET, IL 60436_____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: __DAWN  MAU_____

Title: _____WILL COUNTY MAIL CLERK_____

Place of Employment: _WILL COUNTY ADULT DETENTION FACILITY_____

B.   Defendant: _____

Title: _____

Place of Employment: _____

C.   Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number:   MELVIN L. WILSON  JR.
___VS.___ WILL COUNTY JAIL   #2021MR002975_____

B.   Approximate date of filing lawsuit:   NOV- 18- 21

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____MELVIN  L. WILSON  JR._____

D.   List all defendants:   DALE  SANTERELLI,
_____MICHAEL  KELLEY_____
_____WILL COUNTY ADUTY DETENTION FACILITY___

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county):   WILL COUNTY  CIRCUIT COURT

F.   Name of judge to whom case was assigned:   EWANIC  DEREK  W.

G.   Basic claim made:  IN VIOLATION OF JAIL STANDARD
___DEPRIVED OF NATURAL SUNLIGHT, OUTDOOR RECREATION___
_____AND FRESH AIR._____

H.   Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____
_____PENDING_____

I.   Approximate date of disposition: _____ PENDING

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ___MELVIN L. WILSON JR.___
___ VS. WILL COUNTY JAIL #2021MR003303___

B. Approximate date of filing lawsuit: ___DEC- 22- 21___

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
___ MELVIN L. WILSON JR.___
_____
_____

D. List all defendants: ___DALE SANTERELLI,___
___ MICHAEL KELLEY___
___ WILL COUNTY ADUTY DETENTION FACILITY___
___ RANDY SLATER___

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ___WILL COUNTY CIRCUIT COURT___

F. Name of judge to whom case was assigned: ___EWANIC DEREK W.___

G. Basic claim made: ___IN VIOLATION OF JAIL STANDARD___
___ NOT GETTING PROPER NUTRITION___

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
___ PENDING___

I. Approximate date of disposition: ___PENDING___

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: MELVIN L. WILSON JR.
VS. WILL COUNTY JAIL #2021MR003304

B. Approximate date of filing lawsuit: DEC- 22- 21

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
MELVIN L. WILSON JR.

D. List all defendants: DALE SANTERELLI,
MICHAEL KELLEY
WILL COUNTY ADUTY DETENTION FACILITY
MS. WHITE

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): WILL COUNTY CIRCUIT COURT

F. Name of judge to whom case was assigned: EWANIC DEREK W.

G. Basic claim made: IN VIOLATION OF JAIL STANDARD
OVERLY PRICED COMMISSARY

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): 
PENDING

I. Approximate date of disposition: PENDING

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ___MELVIN L. WILSON JR.___
___VS. WILL COUNTY JAIL #2022MX000086___

B. Approximate date of filing lawsuit: ___JAN - 10 - 22___

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
___MELVIN L. WILSON JR.___
_____
_____

D. List all defendants: ___DALE SANTERELLI,___
___MICHAEL KELLEY___
___WILL COUNTY ADUTY DETENTION FACILITY___
___MS. BYLAND P.___

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ___WILL COUNTY CIRCUIT COURT___

F. Name of judge to whom case was assigned: ___EWANIC DEREK W.___
_____

G. Basic claim made: ___IN VIOLATION OF JAIL STANDARD___
___LAUNDRY SERVICE___
_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
___PENDING___
_____

I. Approximate date of disposition: ___PENDING___

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ___MELVIN L. WILSON JR.___
___VS. WILL COUNTY JAIL #2022MX000088___

B. Approximate date of filing lawsuit: ___JAN - 10 - 22___

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
___MELVIN L. WILSON JR.___
_____
_____

D. List all defendants: ___DALE SANTERELLI,___
___MICHAEL KELLEY___
___WILL COUNTY ADUTY DETENTION FACILITY___
___SERGEANT RICHARDS, AND PEAUSCHE KEITH___

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ___WILL COUNTY CIRCUIT COURT___

F. Name of judge to whom case was assigned: ___EWANIC DEREK W.___

G. Basic claim made: ___IN VIOLATION OF JAIL STANDARD___
___NONE WORKING PLUMBING SYSTEM___

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
___PENDING___

I. Approximate date of disposition: ___PENDING___

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ MELVIN L. WILSON JR. _____
VS. WILL COUNTY JAIL #2022MX000223

B. Approximate date of filing lawsuit: _____ JAN - 31 - 22 _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
MELVIN L. WILSON JR.

D. List all defendants: DALE SANTERELLI, MICHAEL KELLEY, JENNIFER BRISCOE, SERGEANT RICHARDS, WILL COUNTY ADULT DETENTION FACILITY WELL PATH HEALTH CARE LLC

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): WILL COUNTY CIRCUIT COURT

F. Name of judge to whom case was assigned: EWANIC DEREK W.

G. Basic claim made: IN VIOLATION OF JAIL STANDARD SUFFERED FROM COVID - 19 VIRUS

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
PENDING

I. Approximate date of disposition: _____ PENDING _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**V.**   **Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

FOR ALL THESE REASONS I HAVE STATED IN MY COMPLAINT, I WILL LIKE TO

SUE FOR: $250,000.00

VI.   The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___21___ day of __MARCH__, 20_22_

*MELVIN WILSON*

(Signature of plaintiff or plaintiffs)

MELVIN WILSON

(Print name)

2020-5097

(I.D. Number)

95 SO. CHICAGO STREET.

JOLIET, IL 60436

(Address)

6

Revised 9/2007

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**MELVIN L. WILSON JR.**

     *Plaintiff*

vs.

    Case No. 2 2 - C V - O 1 3 9 2

**WILL COUNTY ADULT DETENTION FACILITY,**
**a Municipal Corporation, WARDEN DALE SANTERELLI,**
**an individual, SHERIFF MICHAEL KELLEY, an**
**individual, DAWN MAU, an individual**
    *Defendants'*

**File Stamp**

## VERIFIED TORT INJURY COMPLAINT

    **NOW COMES,** Plaintiff, Melvin L. Wilson, by and through Pro Se, respectfully moves this Honorable Court of the United States District Court Northern District Eastern Division for a Civil Rights Violation pursuant to the Civil Rights Act Title 42 U.S.C.§ 1983 for "*Verified Tort Injury Complaint*". Melvin L. Wilson Jr. ("hereinafter Plaintiff "), in addition, Will County Adult Detention Facility, Warden Dale Santerelli, Sheriff Michael Kelley and Dawn Mau ("hereinafter Defendants' ")
states in this aforementioned cause and matter on Common Law Record to the following:

### THE PARTIES

1. Melvin L. Wilson Jr. is an individual, an inmate at the Will County Adult Detention Facility under the supervision, color and authority of Warden Dale Santerelli and Defendants' from the initial custody date of December 21,2020.

2. Plaintiff is of the age of 39 years with a date of birth of 08/04/82, who suffers several medical issues that have been antagonized by the Tort Injury of this Verified Complaint.

3. There are or may be other individuals employed by the Defendants' who are connected who caused this Tort Injury against Plaintiff in a collusion of to deprive the Plaintiff of his Civil Right to access to his Privileged Legal Mail within a Penal Institution inclusive of a reasonable delivery time, who in fact, have had the access and authority to remedy the Tort Injury.

## JURISDICTION

4.This action is brought pursuant to Title 42 U.S.C. § 1983 and the Fourth, Fifth, Eighth and Fourteenth Amendments of the Constitution for the United States of America, and Article 1, Section 1,2,6 &20 of the Constitution of the State Of Illinois. Jurisdiction is founded upon Title 28 U.S.C. Section 1331 and 1341 (3) and (4) and 1343, and the aforementioned constitutional and statutory provisions. This Court has supplemental jurisdiction over the Civil Conspiracy and Malicious Conduct towards the Plaintiff conspired by the individuals, being the Defendants' at their employment at the Will County Adult Detention Facility from the initial date of continual custody of the Plaintiff.

## VENUE

5.Venue is proper in this District pursuant to Title 28 U.S.C. § 1391 (b) because this is a civil action that is not founded solely on diversity or citizenship , and this District is where the substantial sequence of events giving rise to these claims accrued, as well as is the District where the individual Defendants' whom are employed at the Will County Adult Detention Facility, in addition to their individual residences of where each individual reside in the aforementioned Northern District. The Plaintiff has met the requirements with the District Court being the location of the Tort Injury and the Punitive damages being in excess of the required $75,000.00 dollars to be qualified to surpass threshold review and sequentially granting the Plaintiff Court Appointed Counsel.

## FACTS COMMON TO ALL COUNTS

6. On 3-8-22 , Inmate Melvin L. Wilson, booking #20-5097, was made aware by Deputy A. Pettit, (Star #2680) of an incident that took place in the month of February or March 2022 regarding some legal mail of mine that was mixed in with another inmates legal mail. (Believed to be inmate Melvin Ammons), who was also in the custody of the W.C.A.D.F., and was housed in C-pod at the time of this incident.

7. Deputy Fredrick was assigned to C-pod for the 1500-2300 hours shift when the following happened: The Deputy just finished handing out the mail for the afternoon shift when he was informed by Inmate Ammons that legal mail belonging to me was inside his own envelope that the Deputy handed him. Allegedly

inmate Ammons handed all the paperwork back to Deputy Fredrick. The Deputy then allegedly contacted

housing Sergeant Quigley to notify him of the instanter incident.

8. Later that evening on 3-2-22 while I was housed in I-pod, cell 2, during the 4-7pm lock down, at

approximately 1830 hours, the following occurred: The Pod officer (unknown) opened my door because

Sergeant Quigley wanted to speak with me. Sergeant Quigley tended over to me a thick stack of papers that I

later learned to be the Complaints and Summons of pending lawsuits I had filed. I asked Sergeant Quigley if I

could keep the manila paper envelope that the stack of papers came in, and he replied, "you wont be needing

it." and proceeded to fold the paper in half and exited the Pod.. It seemed strange to me that he would keep the

envelope that was being used to organize my legal mail.

9. Please note that the big envelope containing my legal mail that sergeant Quigley opened in front of

me was sealed shut, when he opened it, he stated, "got to make it look good for the camera."

10. I thought nothing of it at the time until I began to sort through the material and recognize the

signature and witness date of Andrea Lynn Chasteen (Clerk of the Court) which was dated 2-3-22. Under the

witness date and signature it read "*This Summons must be served within 30 days of witness date.*", I received

this package on 3-2-22 initially, which struck and negated my timely requirement.

11. Furthermore, I did some research regarding my incoming mail and learned that my incoming mail

that was logged on 2-15-22, 2-16-22, and 3-2-22 was all sent by Andrea Lynn Chasteen. However, on 3-2-22, I

only received two packages, a big package and a small package, not three.

12. Based on these dates, my legal mail was sitting in the W.C.A.D.F. mail room under the supervision

of will county mail clerk, Ms. Mau, for approximately two weeks, thereby delaying my duty of

responsibility.

13. I do not know why it took so long for me to receive that mail, Plaintiff has filed a grievance   to

know what happened to the third package? Do I have another package somewhere in this facility

with a timely requirement that I am unaware of? The mail room logged incoming mail on three

different dates, yet I only received two packages. I still have not received a third package or parcel.

Page 3

14. I would like for it to be noted that I was not aware of this delay and I believe that I should not be charged with any failure to comply with the timely requirement, due to me being under the watchful care of the W.C.A.D.F. And being at the mercy of the flawed mail system that is in place here.

## CUSTODIAL INTERFERENCE OF LEGAL MAIL IN A PENAL INSTITUTION -COUNT I

15. Plaintiff incorporates and re- alleges Paragraphs 1-14 and for Paragraph 15 as though set forth herein to this Verified Tort Injury toward the Plaintiff Melvin L. Wilson Jr. .

16. Plaintiff has endured mental anguish and a host of other mental health stressors due to the intentional abusive custodial negligence of the Defendant's that has caused permanent emotional mental health issues for the Plaintiff, in addition to a severe amount of Depression being imprinted in the cognitive thought process of the Plaintiff causing a deprivation of positive mental health.

17. The results of delay of mail distribution has struck and negated the Plaintiff's timely requirement of meeting deadlines as it pertains to other legal matters where the Dane County Sheriffs Office refused to serve a summons sent by the Plaintiff due to the summons not being served within 30 days of the witness date as required by law. Had the Defendant's not neglected their responsibility to properly and timely distribute "legal mail" this incident which has placed legal restraints on the Plaintiff would not have occurred. The Defendant's are well aware that such issues are a possibility when it comes to the timely distribution of legal mail.

**WHEREFORE,** Plaintiff, Melvin L. Wilson Jr. , requests that this Honorable Court enter Judgment on this Count I in favor of the Plaintiff and enter Order:

a. Finding that the Plaintiff has a valid Custodial Negligence Claim in the amount of $125,000.00 or such value as is determined by this Court, plus interest and charges.

Page 4

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS – COUNT II

18. Plaintiff incorporates and re- alleges Paragraphs 1-17 and for Paragraph 18 as though set forth herein.

19. Plaintiff has suffered severe Intentional Infliction of Emotional Distress since this initial occurrence which has denied Plaintiff access to the Courts. The Defendant's have intentionally held Plaintiff's legal mail in the mail room for more than two weeks as shown by Plaintiff's mail log. This is an ongoing issue, as the Plaintiff has since notified the Defendants of this injustice, yet still experiences the effects of the Defendant's intentional infliction of emotional distress caused by their negligence.

20. These Torts were conspired and in collusion with the mass of the Defendant's et al..

**WHEREFORE,** Plaintiff, Melvin L. Wilson Jr. , requests that this Honorable Court enter Judgment on this Count II in favor of the Plaintiff and enter Order:

a. Finding the Plaintiff has a valid basis for Count II and valid Tort Injury against all Defendant's, and has cause and findings to be granted relief in this Count II for the Intentional Infliction of Emotional Distress.

b. Finding in favor of the Plaintiff for $125,000.00 for Count II of the Tort Injury of Intentional Infliction of Emotional Distress by this Court, plus interest and charges, in addition to all accrued interest at 10% per annum from the date of the Judgment.

c. Granting such other and further relief that this Honorable Court deems Just and equitable.

Respectfully Submitted,

_Melvin L. Wilson Jr._     _3/17/2022_

Plaintiff        Date

95 South Chicago Street

Address

Joliet, Illinois, 60436

City, State,   Zip

Page 5

MELVIN
W.C.
95 South Chicago Street
Joliet, IL 60436

LEGAL
MAIL

RECEIVED
2022 MAR 25 AM 9:32

LEGAL
MAIL

Prisoner Correspondent
United States District Court
219 South Dearborn Street
Chicago, IL 60604



03/25/2022-35